[No. 10990. *En Banc.* October 3, 1913.]

SNOHOMISH LAND COMPANY, *Respondent*, v. A. E. EAGLE et al.,
*Appellants.*[1]

Appeal from a judgment of the superior court for Snohomish
county, Black, J., entered May 2, 1912, upon findings in favor of the
plaintiff, in an action of ejectment tried to the court. Affirmed.

*Robert McMurchie*, for appellants.

*J. A. Coleman* and *John W. Miller*, for respondent.

PER CURIAM.—The court found *inter alia:*

"In 1889, Munns Bros. bought the twenty-four (24) feet of
ground immediately adjoining the above described premises on the
west and shortly thereafter constructed a building upon what they
believed to be the land so purchased, but it turned out a short time
later when a survey was made, that the Munns' building extended
onto and covered the land above described, of which fact Munns Bros.
were then and there informed by the plaintiff, and they, the Munns
Bros., never claimed to own any land except that described in their
deed. In June, 1902, the defendants purchased from the Munns
Bros. the said land which they had previously bought, but in the
deed of conveyance from Munns Bros. to the defendants, the land
above described was not included. At about the time of the said
purchase by the defendants, the defendants were informed by the
plaintiff that the plaintiff owned the above described strip of land
and whatever improvements were made by the defendants upon said
land were made after the plaintiff had given the defendants notice of
its claim of ownership of the land in question, and at all times the
plaintiff has paid all general taxes and special assessments levied
against the above described land."

From this finding the court found plaintiff to be the owner and
entitled to possession of eighteen inches of ground in the city of

[1]Reported in 135 Pac. 487.

Snohomish occupied by the defendants. Defendants requested findings that would, if adopted by the court, have brought the case within several decisions of this court. The finding we have quoted is clearly sustained by a preponderance of the evidence and the judgment may be affirmed without a resort to a discussion of any legal propositions.

Judgment affirmed.